```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 48456
   CLARENCE LESTER BROOKINS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1283

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/01/2003 and was confirmed 03/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.94%.

     The case was paid in full 02/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED            6050.00      2511.59        6050.00
NUVELL CREDIT CO LLC       UNSECURED OTH      4526.63        .00           856.26
ALVERNO CLINICAL LAB       UNSECURED        NOT FILED        .00              .00
AMERICAN LOAN CO           UNSECURED OTH       145.00        .00            27.58
AMERICASH LOANS LLC        UNSECURED           809.62        .00           153.33
ARONSON FURNITURE          UNSECURED           694.57        .00           131.54
BROTHER LOAN & FINANCE     UNSECURED OTH      2158.07        .00           408.79
AAA CHECKMATE              UNSECURED OTH      1536.84        .00           291.11
CHECK N GO                 UNSECURED        NOT FILED        .00              .00
CITY OF COUNTRY CLUB HIL   UNSECURED        NOT FILED        .00              .00
CITY OF CHICAGO PARKING    UNSECURED OTH       710.00        .00           134.47
COPLEY MEMORIAL HOSPITAL   UNSECURED        NOT FILED        .00              .00
CORTRUST BANK              UNSECURED        NOT FILED        .00              .00
CREDIT SOLUTIONS ASSOC     UNSECURED        NOT FILED        .00              .00
BUFFINGTON & ASSOCIATES    UNSECURED OTH      1595.00        .00           302.13
ECONOMY INTERIORS INC      UNSECURED        NOT FILED        .00              .00
ILLINOIS STATE HIGHWAY A   UNSECURED OTH      1244.40        .00           235.68
ISAC                       UNSECURED OTH     20087.86        .00          3805.09
MCS                        UNSECURED        NOT FILED        .00              .00
NORTHERN ILLINOIS UNIVER   UNSECURED OTH      3366.80        .00           637.75
SIR FINANCE                UNSECURED        NOT FILED        .00              .00
US SPRINT                  UNSECURED        NOT FILED        .00              .00
SPRINT                     UNSECURED        NOT FILED        .00              .00
SURETY FINANCE CORP        UNSECURED        NOT FILED        .00              .00
VILLAGE OF MERIONETTE PA   UNSECURED        NOT FILED        .00              .00
ARONSON FURNITURE          SECURED NOT I      231.52         .00              .00
LEDFORD & WU               DEBTOR ATTY       2,599.00                     2,599.00
TOM VAUGHN                 TRUSTEE                                        1,056.03
DEBTOR REFUND              REFUND                                           275.82

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 48456 CLARENCE LESTER BROOKINS
```

```
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       19,476.17

PRIORITY                                                  .00
SECURED                                              6,050.00
    INTEREST                                         2,511.59
UNSECURED                                            6,983.73
ADMINISTRATIVE                                       2,599.00
TRUSTEE COMPENSATION                                 1,056.03
DEBTOR REFUND                                          275.82
                              ---------------      ---------------
TOTALS                        19,476.17             19,476.17
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 05/28/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 03 B 48456 CLARENCE LESTER BROOKINS